THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE CALDERON, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

CHARLES C. REUBEL et al., Respondents, et al., Plaintiffs, v. THOMAS LEWIS, Individually and as President of Local No. 32-E of the Building Service Employees International Union, A. F. of L., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See *post*, p. 773.]

HENRY VOLLMER, JR., as Trustee in Bankruptcy of CASPER M. BOWER, Appellant, v. WALTER SELIGMAN, Respondent.— Judgment, so far as appealed from, and the order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See *post*, p. 858.]

SAMUEL SACKHEIM, Suing for Himself as Stockholder and for All Other Stockholders of REITER-FOSTER OIL CORPORATION, Appellant, v. REITER-FOSTER OIL CORPORATION et al., Respondents, et al., Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion denied, with leave to the defendants-respondents to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See *post*, p. 772.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE COHEN, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMANUEL HOROWITZ, Respondent, against MARY NEMEIZER, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM HARTNAGEL, Respondent, v. JOSEPH VISCEGLIA et al., Appellants.— Order reversed, with twenty dollars costs and disbursements, and the motion to dismiss granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Cohn, J., dissents and votes to affirm.

In the Matter of FRANK VOLK, Respondent. EBERHARDT VOLK et al., Appellants. (Appeals Nos. 1 and 2.) In the Matter of FRANK VOLK, Respondent. EBERHARDT VOLK, Appellant. (Appeal No. 3.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.